**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

SANDRA IBETTE DORADO
BARRIENTOS,

        Plaintiff,

    vs.

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

        Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:20-cv-11359-GJS

ORDER AWARDING EQUAL
ACCESS TO JUSTICE ACT
ATTORNEY FEES AND EXPENSES
PURSUANT TO 28 U.S.C. § 2412(d)
AND COSTS PURSUANT TO 28
U.S.C. § 1920

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

    IT IS ORDERED that fees and expenses in the amount of $5,700.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  August 29, 2022

                                       _____

THE HONORABLE GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-